IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL SECTION:  TRIAL DIVISION

| | |
|---|---|
| GLORIA GAIL KURNS, Executrix of the Estate of GEORGE M. CORSON, deceased, and FREIDA E. JUNG CORSON, widow in her own right | CIVIL ACTION |
| vs. | No. 08-CV-2216 |
| A.W. CHESTERTON, INC., et al. | |

## MOTION TO RECONSIDER GRANT OF SUMMARY
## JUDGMENT TO AMERICAN STANDARD

1. This case involves mesothelioma.

2. It was initially filed in the Court of Common Pleas of Philadelphia.

3. The trial judge granted summary judgment to defendant American Standard.

4. Under the case law this Court has the power to grant reconsideration and reverse grant of summary judgment to American Standard.

Wherefore, This Court should grant reconsideration and reverse grant of summary judgment.

Paul, Reich & Myers, P.C.

By:/s/Robert E. Paul
Robert E. Paul 21252
Paul, Reich & Myers, P.C.
1608 Walnut Street, #500
Philadelphia, PA 19103
(215) 735-9200

P:\Jackie\jack0708\Corson  Motion to Reconsider Grant of Summary Judgment to American Standard.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL SECTION:  TRIAL DIVISION

| | |
|---|---|
| GLORIA GAIL KURNS, Executrix of the Estate of GEORGE M. CORSON, deceased, and FREIDA E. JUNG CORSON, widow in her own right | : CIVIL ACTION :  :  :  : |
| vs. | : No. 08-CV-2216 : |
| A.W. CHESTERTON, INC., et al. | : |

## MEMORANDUM OF LAW

The case law is clear that This court has the power to reconsider and reverse grant of summary judgment to defendant by the state court judge herein as if it were that Judge and need not be concerned by the doctrine of coordinate jurisdiction.  See *Granny Goose Foods v. Brotherhood of Teamsters* 415 US 423 (1974), *In re Diet Drugs* 282 F.3d 220 (3rd Cir 2002), *Nasso v. Steve Seagal* 263 F.Supp 2d 596 (USDCED NY 2003).  A review of the pleadings herein shows that the state court judge failed to follow the Pennsylvania law on product identification summary judgment motions.  The Court should reconsider, vacate the grant of the Orders and restore defendant to active states in this matter.

This assumes that when defendant removed the case that such removal brought along those defendants actually dismissed on summary judgment and parties herein. The docket shows removal occurred at 2:33 a.m. on May 18th.  Thus, the grant of summary judgment to Westinghouse Airbrake/American Standard which occurred at 3:47 pm on May 18 was void ab initio as removal to this Court had already occurred and the state court thus had no jurisdiction over the matter.

Plaintiff attaches  the answer to Westinghouse's motion as well as Westinghouse's motion and contends it should be denied.

                Paul, Reich & Myers, P.C.


                By:/s/Robert E. Paul
                    Robert E. Paul 21252
                    Paul, Reich & Myers, P.C.
                    1608 Walnut Street, #500
                    Philadelphia, PA 19103
                    (215) 735-9200

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL SECTION: TRIAL DIVISION

| | |
|---|---|
| GLORIA GAIL KURNS, Executrix of the Estate of GEORGE M. CORSON, deceased, and FREIDA E. JUNG CORSON, widow in her own right | CIVIL ACTION |
| vs. | No. 08-CV-2216 |
| A.W. CHESTERTON, INC., et al. | |

## ORDER

AND NOW, to wit, this _____ Day of _____, 2008, the Motion to Reconsider Grant of Summary Judgment to American Standard is hereby GRANTED and the prior order granting summary judgment to Westinghouse Airbrake/American Standard is vacated.

BY THE COURT:

_____ J.

P:\Jackie\jack0708\Corson  Motion to Reconsider Grant of Summary Judgment to American Standard.wpd

## CERTIFICATE OF SERVICE

I, Robert E. Paul, hereby certify that on August 8, 2008, a true and correct copy of Plaintiff's Motion to Reconsider Grant of Summary Judgment to American Standard was served upon the following:

*/s/ Robert E. Paul*
Robert E. Paul

HONORABLE JAMES GILES
United States District Court
Eastern District of Pennsylvania
Room 17614, United States Courthouse
601 Market Street
Philadelphia, PA 19106
(215) 597-0692

Daniel Ryan, Jr., Esquire
Marshall, Dennehey, Warner,
Coleman & Giggin
1845 Walnut Street, 13th Floor
Philadelphia, PA 19103
(215) 575-2740

```
REPORT : ZDRDOCT                                              PAGE     1
USER ID: PJV                 First Judicial District     RUN DATE 06/18/08
                              CIVIL DOCKET REPORT        RUN TIME 03:06 PM
                              CASE ID 070601384
```

---

| CASE NUMBER | CASE CAPTION |
|---|---|
| 070601384 | CORSON ETAL VS AW CHESTERTON INC ETAL |

| FILING DATE | COURT | LOCATION | JURY |
|---|---|---|---|
| 13-JUN-2007 | MT | CH | J |

CASE TYPE: MASS TORT - ASBESTOS
STATUS: NOT OF REMOVAL TO US DIST CT

| Event | Schedule Date/Time | Year /Room /Loc | Judge Name |
|---|---|---|---|
| MOTION ASSIGNED | 02-JUN-08 15:00:00 | CITY HALL COURTROOM 243  City Hall | TERESHKO, ALLAN L |

| Seq # | Assoc | Expn Date | Type | ID | Party Name / Address & Phone No. |
|---|---|---|---|---|---|
| 1 | | | APLF | A21252 | PAUL, ROBERT E<br>1608 WLANUT ST<br>SUITE 500<br>PHILADELPHIA PA 19103<br>(215)735-9200 |
| 2 | 1 | 29-JAN-08 | PLF | @5798845 | CORSON, GEORGE M<br>122 HILGER AVE<br>LEWISTOWN MT 59457 |
| 3 | 1 | | PLF | @5798846 | JUNG CORSON, FREIDA E<br>122 HILGER AVE<br>LEWISTOWN MT 59457 |
| 4 | 106 | 25-APR-08 | DFT | I127 | AW CHESTERTON INC<br>RT 93<br>MIDDLESEX INDUSTRIAL PARK<br>STONEHAM MA 02180 |
| 5 | 82 | 25-APR-08 | DFT | I13168 | ACF INDUSTRIES<br>620 N. 2ND STREET<br>ST. CHARLES MO 63301 |
| 6 | 110 | 13-MAY-08 | DFT | I47 | AIRCO WELDERS SUPPLY<br>4501 N. HOWARD ST.<br>PHILADELPHIA PA 19140 |
| 7 | 76 | 28-APR-08 | DFT | I13177 | ALLEN-BRADLEY CO<br>C/O CT CORP. SYSTEMS<br>44 EAST MIFFLIN STREET<br>MADISON WI 53703 |
| 8 | | | DFT | I229 | AMCHEM PRODUCTS INC |

```
                                                           PAGE    44
REPORT : ZDRDOCT            First Judicial District        RUN DATE 06/18/08
USER ID: PJV                CIVIL DOCKET REPORT            RUN TIME 03:06 PM
                            CASE ID 070601384


Filing Date / Time   Docket Entry                                Date Entered

01-MAY-08 14:20:51   REPLY FILED                                    01-MAY-08
                                           RAILROAD FRICTION CORP,
                     32-08030832 REPLY TO PLAINTIFFS RESPONSE TO MOTION
                     FOR SUMMARY JUDGMENT OF DEFENDANT RAILROAD, FRICTION
                     PRODUCTS CORPORATION:

06-MAY-08 15:09:53   MOTION FOR REVERSE BIFURCATION                 07-MAY-08
                                           AIRCO WELDERS SUPPLY,
                     0-08054009 RESPONSE DATE 5-19-2008:

07-MAY-08 15:04:36   MISC MOTION FILED                              07-MAY-08
                                           AIRCO WELDERS SUPPLY,
                     10-08054010 RESPONSE DATE 5-19-2008: MOTION TO SEVER
                     CLAIMS:

09-MAY-08 09:28:54   ORDER ENTERED/236 NOTICE GIVEN                 09-MAY-08
                                           TERESHKO, ALLAN L
                     02-08030802 AND NOW, THIS 8 DAY OF MAY 2008, UPON
                     CONSIDERATION OF THE MOTION FOR SUMMARY JUDGMENT OF
                     DEFENDANT, SOO LINE RAILROAD, ET. AL., RESPONSES
                     THERETO, IT IS HEREBY ORDERED AND DECREED THAT THE
                     MOTION FOR SUMMARY JUDGMENT IS GRANTED IN FAVOR OF
                     DEFENDANT SOO LINE RAILROAD, ET. AL., AND ALL CLAIMS
                     AGAINST DEFENDANT, SOO LINE RAILROAD, ET. AL., BY ALL
                     PARTIES, EITHER EXPRESSED OR IMPLIED, ARE HEREBY
                     DISMISSED IN THEIR ENTIRETY WITH PREJUDICE.  ....BY
                     THE COURT: TERESHKO, J.  05-08-08

09-MAY-08 13:43:09   ORDER ENTERED/236 NOTICE GIVEN                 09-MAY-08
                                           TERESHKO, ALLAN L
                     41 08030841 AND NOW, THIS 8TH DAY OF MAY 2008, UPON
                     CONSIDERATION OF DEFENDANT FAIRBANKS MORSE ENGINE'S
                     MOTION FOR SUMMARY JUDGMENT AND ANY RESPONSE THERETO,
                     IT IS HEREBY ORDERED AND DECREED THAT SAID MOTION IS
                     GRANTED PURSUANT TO AND ECKENROD AND DEFENDANT
                     FAIRBANKS MORSE ENGINE IS HEREBY DISMISSED, WITH
                     PREJUDICE... BY THE COURT: JUDGE ALLAN L. TERESHKO

09-MAY-08 13:47:25   ORDER ENTERED/236 NOTICE GIVEN                 09-MAY-08
                                           TERESHKO, ALLAN L
                     35 08030735 AND NOW, THIS 8TH DAY OF MAY, 2008, UPON
                     CONSIDERATION OF MOTION FOR SUMMARY JUDGMENT OF
                     DEFENDANT, CROWN CORK & SEAL CO., INC., IT IS HEREBY
                     ORDERED THAT: 1.  DEFENDANT, CROWN CORK & SEAL
                     COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT IS
                     GRANTED; 2.  JUDGMENT IS ENTERED IN FAVOR OF
                     DEFENDANT, CROWN CORK & SEAL COMPOANY, INC. WITH
                     PREJUDICE; 3.  DEFENDANT, CROWN CORK & SEAL COMPANY,
                     INC.  IS HEREBY DISMISSED AS A PARTY TO THIS ACTION
                     WITH PREJUDICE; AND, 4.  ALL CLAIMS, CROSSCLAIMS AND
                     CLAIMS FOR INTEREST, ATTORNEY'S FEES AND COSTS OF
                     LITIGATION AGAINST DEFENDANT, CROWN CORK & SEAL
```

```
REPORT : ZDRDOCT                                                    PAGE    45
USER ID: PJV                  First Judicial District          RUN DATE 06/18/08
                              CIVIL DOCKET REPORT              RUN TIME 03:06 PM
                              CASE ID 070601384
```

Filing Date / Time   Docket Entry                                    Date Entered

                           COMPANY, INC. ARE DISMISSED WITH PREJUDICE... BY THE
                           COURT: JUDGE ALLAN L. TERESHKO

09-MAY-08 14:45:28   MOTION IN LIMINE FILED                          13-MAY-08
                                                         AIRCO WELDERS SUPPLY,
                           38-08054038 MOTION IN LIMINE TO PRECLUDE PLAINTIFFS
                           EXPERTS OR IN THE ALTERNATIVE, RULE 207.1 FRYE MOTION
                           AND REQUEST FOR FRYE HEARING:

12-MAY-08 14:59:09   ANSWER (MOTION/PETITION) FILED                  12-MAY-08
                                                         JUNG CORSON, FREIDA E
                           87-08044587 PLAINTIFFS ANSWER TO DEFENDANTS MOTION TO
                           DISMISS:

12-MAY-08 15:16:22   MOTION IN LIMINE FILED                          13-MAY-08
                                                   AIRCO WELDERS SUPPLY,
                           40-08054040 DEFENDANT AIRCO'S MOTION IN LIMINE TO
                         PRECLUDE PLAINTIFFS CAUSATION EXPERT, JAMES GIRARD
                         FROM TESTIFYING AT TRIAL OR IN THE ALTERNATIVE RULE.
                         207.1 FRYE MOTION AND REQUEST FOR FRYE HEARING:

13-MAY-08 02:23:00   NOT OF REMOVAL TO US DIST CT                    13-MAY-08
                                                     LOCKETT, MARK A
                         NOTICE OF REMOVAL TO THE U.S. (EASTERN) DISTRICT COURT
                         UNDER 03-CV-2216 FILED.

13-MAY-08 13:10:28   ORDER ENTERED/236 NOTICE GIVEN                  13-MAY-08
                                                     TERESHKO, ALLAN L
                         32-08030832 AND NOW, TO WIT, THIS 13 DAY OF MAY 2008,
                         THE MOTION FOR SUMMARY JUDGMENT OF RAILROAD FRICTION
                         IS HEREBY DENIED.  ....BY THE COURT: TERESHKO, J.
                         05-13-08

13-MAY-08 15:49:31   ORDER ENTERED/236 NOTICE GIVEN                  13-MAY-08
                                                     TERESHKO, ALLAN L
                         69 08030869 AND NOW, THIS 13TH DAY OF MAY, 2008, UPON
                         CONSIDERATION OF DEFENDANT, WESTINGHOUSE AIR BRAK'S
                         MOTION FOR SUMMARY JUDGMENT IN THE ABOVE-CAPTIONED
                         CASE, IT IS HEREBY ORDERED AND DECREED THAT SAID
                         MOTION IS HEREBY GRANTED AND ALL CLAIMS AGAINST
                         WESTINGHOUSE AIR BRAKE ARE HEREBY DISMISSED WITH
                         PREJUDICE..BY THE COURT: JUDGE ALLAN L. TERESHKO

13-MAY-08 15:58:28   ORDER ENTERED/236 NOTICE GIVEN                  13-MAY-08
                                                     TERESHKO, ALLAN L
                         45 08030845 AND NOW, THIS 13TH DAY OF MAY, 2008, UPON
                         CONSIDERATION OF THE MOTION OF DEFENDANT, AIRCO
                         WELDERS SUPPLY, INC. A/K/A THE BOC GROUP, INC., FOR
                         SUMMARY JUDGMENT IN THE ABOVE-CAPTIONED CASE, IT IS
                         HEREBY ORDERED AND DECREED THAT SAID MOTION IS HEREBY
                         GRANTED AND ALL CLAIMS AGAINST AIRCO WELDERS SUPPLY,
                         INC. A/K/A THE BOC GROUP, INC. ARE HEREBY DISMISSED,

# IN THE SUPERIOR COURT OF PENNSYLVANIA
EASTERN DISTRICT

## DOCKET NO.: 1731 EDA 2008

MARGARET HOWARD AND ROBERT HOWARD, EXECUTORS OF THE ESTATE OF JOHN C. RAVERT, DECEASED,
Appellants,

v.

MONSEY PRODUCTS COMPANY, et al.,
Appellees.

## APPELLEE MONSEY PRODUCTS COMPANY'S MOTION TO QUASH THE APPEAL

RAWLE & HENDERSON LLP
Peter J. Neeson, Esquire
Carl D. Buchholz, III, Esquire
Linda Dobbins, Esquire
Identification Nos. 27601/14085/78112
The Widener Building
One South Penn Square
Philadelphia, PA 19107
(215) 575-4200
(215) 563-2583 (fax)
Attorneys for Appellee Monsey Products Company

2437525-1

Appellee Monsey Products Company ("Monsey"), by and through its attorneys, Rawle & Henderson LLP, hereby moves this Honorable Court for an Order quashing Appellants' appeal as follows:

1. John C. Ravert, deceased, commenced this action by filing a Complaint in the Philadelphia County Court of Common Pleas on June 4, 2007, said case docketed at June Term, 2007, Civil Action No. 202, against numerous defendants, including Monsey, alleging that he was exposed to asbestos while employed in various occupations and while performing limited roofing work and was subsequently diagnosed with mesothelioma. A copy of the relevant portions of the trial court docket entries is attached hereto as Exhibit "A." Ravert passed away on September 18, 2007, and the executors of his estate, Margaret and Robert Howard, were substituted as the plaintiffs in the case.

2. Monsey filed a Motion for Summary Judgment on the grounds that the plaintiffs offered no testimony and/or other evidence that the use of Monsey products emitted respirable asbestos fibers and, therefore, could not meet the asbestos exposure requirements of proximity, frequency and regularity established in Eckenrod v. GAF Corp., 375 Pa. Super. 187, 544 A.2d 50 (1988), and more recently affirmed in Gregg v. V-J Auto Parts, 943 A.2d 216 (Pa. 2007).

3. On May 14, 2008, the lower court granted Monsey's summary judgment motion, as well as the summary judgment motions of several other defendants, and dismissed all claims against them; the case was proceeding to trial against the two remaining defendants, Goodyear Tire & Rubber Co. ("Goodyear"), and Weil-McLain. See Exhibit "A."

4. However, on May 20, 2008, Goodyear and Weil-McLain removed the case to the United States District Court for the Eastern District of Pennsylvania pursuant 28 U.S.C. § 1441(b) on the ground that the federal court had diversity jurisdiction (28 U.S.C. § 1332) once

the remaining Pennsylvania parties were dismissed from the case; the case is now pending federal court. See Exhibit "A."

5. On May 30, 2008, notwithstanding the removal to federal court, plaintiffs filed a Notice of Appeal as to the May 14, 2008 Orders dismissing Monsey, A.W. Chesteron Co., Ace Hardware Corp., Pecora Corp., and Union Carbide Corp. See Exhibit "A."

6. However, the jurisdiction of the Pennsylvania Superior Court has not properly been invoked by the plaintiffs in this matter since the May 14, 2008 Orders are not "final" orders.

7. "[A]n appeal may be taken as of right from any final order of an administrative agency or lower court." Pa.R.A.P. 341(a).

8. "A final order is any order that: (1) disposes of all claims and of all parties; or (2) is expressly defined as a final order by statute; or (3) is entered as a final order pursuant to subdivision (c) of this rule." Pa.R.A.P. 341(b); see also In re Miscin, 885 A.2d 558, 561 (Pa.Super.2005)

9. Since the summary judgment motions of Goodyear and Weil-McLain were denied and they currently remain in the case, the May 14, 2008 Orders are not final orders from which plaintiffs may appeal as a matter of right. See Spuglio v. Cugini, 818 A.2d 1286 (Pa.Super. 2003) (orders granting preliminary objections disposing of some, but not all parties or claims, were interlocutory and unappealable);

10. Additionally, plaintiffs never sought a determination of finality from the lower court permitting an appeal as to less than all parties pursuant to Pa.R.A.P. 341(c). See Smitley v. Holiday Rambler Corp., 707 A.2d 520, 524 (Pa. Super. 1998).

11. The fact that the case was removed to federal court does not render the May 14, 2008 Orders "final"; rather, upon disposition of the claims against Goodyear and Weil-McLain, the federal court can remand the case to state court so that the plaintiffs can then appeal the May 14, 2008 Orders.

12. Permitting plaintiffs to appeal the May 14, 2008 Orders at this time would encourage the piecemeal litigation that the Pennsylvania Rules of Appellate Procedure are meant to avoid.

WHEREFORE, Monsey respectfully requests this Honorable Court to enter the attached Order quashing this appeal.

RAWLE & HENDERSON LLP

By: _____
Peter J. Neeson, Esquire
Carl D. Buchholz, III, Esquire
Linda Dobbins, Esquire
The Widener Building
One South Penn Square
Philadelphia, PA 19107
(215) 575-4200
Attorneys for Appellee Monsey Products Company