EXHIBIT A

A REGIONAL DEFENSE LITIGATION LAW FIRM

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
A PROFESSIONAL CORPORATION    www.marshalldennehey.com

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

1845 Walnut Street · Philadelphia, PA 19103-4797
(215) 575-2600 · Fax (215) 575-0856

FILED
MAR 2 5 2008
Civil Administration

Direct Dial: 215-575-2617
Email: bhchandonnet@mdwcg.com

March 25, 2008

CONTROL NO: **030869**



BY HAND DELIVERY

Honorable Allan Tereshko
Philadelphia Court of Common Pleas
Complex Litigation Center
City Hall, Room 622
Philadelphia, PA 19107

Attention: Donna Candelora, Esquire

Defendants' Filing Due: 3/25/08
Plaintiffs' Answer Due: 4/11/08
Defendants' Reply Due: 4/16/08

**PAUL GROUP 2180**
**MAY 2008 MESOTHELIOMA**

RE: Est. of George Corson (Gloria Kerns, Exec.) v.
    Westinghouse Air Brake (American Standard)
    CCP, Philadelphia County, June Term, 2007, No. 1384
    Our File: 20014-00464

### MOTION FOR SUMMARY JUDGMENT ON BEHALF OF DEFENDANT, WESTINGHOUSE AIR BRAKE, FOR LACK OF PRODUCT IDENTIFICATION

Dear Judge Tereshko:

Defendant, Westinghouse Air Brake, moves for Summary Judgment in connection with the above case for insufficient product identification evidence. Plaintiff has provided insufficient testimony or other evidence to establish any asbestos exposure attributable to Westinghouse Air Brake.

Plaintiff commenced this action alleging personal injury from exposure to asbestos. Plaintiff has offered no testimony or other evidence indicating that he was ever exposed to any asbestos-containing products manufactured, supplied, or distributed by Westinghouse Air Brake.

Plaintiff's decedent was deposed on August 22, 2007. During that deposition, he did not mention any product manufactured by Westinghouse Air Brake. One of Decedent's sons, George Corson, was deposed on February 6, 2008 in connection with he father's case. Pertinent portions of Mr. Corson's testimony are attached at Exhibits "A" and "B" respectively. During Mr. Corson's discovery deposition, he was asked leading questions with respect to Westinghouse Air Brake by plaintiff's counsel. The court in Wilson v. A.P. Green has previously held that testimony adduced through leading or otherwise objectionable questioning cannot be

used to defeat summary judgment. Therefore, defendant, Westinghouse Air Brake submits to the court that any such testimony should not be considered in its determination of the instant motion. Notwithstanding the above objection, Plaintiff's counsel asked Mr. Corson, without provocation or sufficient foundation if he recalled the name Westinghouse Air Brake. See Exhibit "A" at 130. During the ensuing questioning, Mr. Corson was asked, again in a leading fashion, whether there was a gasket in the air brake compressor that he identified to which he responded, Yes. Id. However, when asked how many times his father removed a gasket from a Westinghouse Air Brake compressor, he responded "About once". Id at 132-133. Clearly one removal of a gasket which Mr. Corson did not identify as asbestos-containing, does not meet the Eckenrod standard of frequency, proximity and regularity. In fact, when discussing the gasket during the video portion of his deposition, Mr. Corson identified it as a rubber gasket. See Exhibit "B" at 91-92.

Another of Plaintiff's Decedent's children, Terry Corson was deposed on March 3, 2008, in connection with his father's case. Pertinent portions of Mr. Corson's deposition transcript are attached at Exhibit "C". When specifically asked by plaintiff's counsel whether he associated any asbestos-containing products with Westinghouse brake valves, Mr. Corson responded "on the gaskets to the brake valves they were rubber gaskets. I can only assume that they didn't have any asbestos. See Exhibit "C" at 72. Terry Corson was unable to identify an asbestos-containing product of Westinghouse Air Brake

As was recently reiterated by the Pennsylvania Superior Court, it is well-established that in order to survive a motion for summary judgment in an asbestos case, a Plaintiff must:

> Show that: (1) his/her injuries were caused by the product of a particular manufacturer or supplier"; and (2) the product was defective. Jobe v. W.P Metz Refining, 664 A.2d 1015, 1017 (Pa. Super. 1995). Establishing product identity in an asbestos case requires a plaintiff to produce evidence that she "inhaled asbestos fibers shed by the specific manufacturer's product." Eckenrod v. GAF Corp., 544 A.2d 50, 52 (Pa. Super 1988). Ideally, a plaintiff or a witness will be able to directly testify that plaintiff breathed in asbestos fibers and that those fibers came from defendant's product. Without such direct evidence, Plaintiff must rely upon circumstantial evidence of exposure. Such evidence must not merely demonstrate the "presence of asbestos in the workplace," but must show that plaintiff "worked in the vicinity of the product's use." Andaloro v. Armstrong World Indus., Inc., 799 A.2d 71, 86 (Pa. Super. 2002) (Citing Eckenrod, 544 A.2d at 52). Specifically, a Plaintiff's evidence of exposure and product identity must show that she "worked, on a regular and frequent basis, in physical proximity with the product as to raise a reasonable inference that [s]he inhaled asbestos fibers that emanated from it." Coward v. Owens-Corning Fiberglass Corp., 729 A.2d 614, 622 (Pa. Super. 1999) (citing the frequency, regularity and proximity standard from Eckenrod, 544 A.2d at 53).

Wilson v. A.P. Green Industries, Inc., 807 A.2d 922, 924 (Pa. Super.2002).

It is anticipated that in response to this motion, plaintiff will attempt to defeat said motion by presenting the court with a large volume of documents pertaining to defendant's limited relationship with COBRA brake shoes. It should be noted however, that none of the witnesses made reference to products supplied by Westinghouse Air Brake. Further, there was no testimony that Westinghouse Air Brake supplied any brake shoes that were used by or around decedent. Specifically, there was no testimony regarding COBRA brake

shoes being supplied by Westinghouse Air Brake. Regardless of Plaintiff's anticipated arguments grossly exaggerating the limited relationship between Westinghouse Air Brake and COBRA, the issue in the case at hand is whether decedent worked with or around products manufactured, supplied or distributed by Westinghouse Air Brake. Without any testimony regarding same, Plaintiff cannot meet the burden established by Eckenrod and its progeny.

Plaintiff has failed to put forth sufficient evidence that he worked with any asbestos-containing products manufactured, supplied or distributed by Westinghouse Air Brake. Accordingly, Moving Defendant, Westinghouse Air Brake respectfully requests that summary judgment be entered in its favor and that all claims and cross claims against it be dismissed.

Respectfully submitted,

BRENDAN H. CHANDONNET

cc: Robert Paul, Esq. (Via Hand Delivery)

Re: **Est. of George Corson (Gloria Kerns, Exec.) v. Westinghouse Air Brake
CCP, Philadelphia County, June Term, 2007, No. 1384**

## ORDER

AND NOW, this         day of                    , 2008, upon consideration of Defendant, Westinghouse Air Brake's Motion for Summary Judgment in the above-captioned case, it is hereby **ORDERED** and **DECREED** that said Motion is hereby **GRANTED** and all claims against Westinghouse Air Brake are hereby dismissed with prejudice.

BY THE COURT:

_____ J.

# EXHIBIT "A"

**Page 1**

```
         IN THE COURT OF COMMON PLEAS
         FOR THE COUNTY OF PHILADELPHIA

                    -  -  -

GEORGE CORSON and FREIDA    :  JUNE TERM, 2007
E. JUNG CORSON, h/w         :
                            :
     vs.                    :
                            :
CLARK EQUIPMENT, et al.     :  NO. 1384

                    -  -  -

              Philadelphia, Pennsylvania
                  February 6, 2008

                    -  -  -

          Deposition of GEORGE MARION
CORSON, held at the offices of PARAGON COURT
REPORTING, LLC, on the above date at 10:10 a.m.,
before Frank Frontino, a Registered Professional
Reporter and Certified Shorthand Reporter.

                    -  -  -
```

Paragon Court Reporting, LLC
34 North Front Street
Philadelphia, Pennsylvania 19106
(215) 922-2150          (609) 268-4880
(800) 661-7049
www.paragoncourtreporting.com

Paragon Court Reporting, LLC

**Page 2**

APPEARANCES:

PAUL, REICH & MYERS, P.C.
BY: ROBERT E. PAUL, ESQUIRE
1608 Walnut Street - Suite 500
Philadelphia, Pennsylvania 19103
Attorneys for Plaintiffs

BAGINSKI, MEZZANOTE,
HASSAN & RUBINATE
BY: MARK MacDONALD, ESQUIRE
Public Ledger Building - Suite 500
150 South Independence Mall West
Philadelphia, Pennsylvania 19106
Attorneys for Vellumoid

BILLET & CONNOR
BY: J. FRED LORUSSO, ESQUIRE
2000 Market Street - Suite 2803
Philadelphia, Pennsylvania 19103
Attorneys for Graybar Electric Co., Inc.

BONNER, KIERNAN, TREBACH & CROCIATA
BY: JENNIFER McGARRITY, ESQUIRE
121 South Broad Street - Suite 1000
Philadelphia, Pennsylvania 19107
Attorneys for American Biltrite, Inc.
and RFPC

CLEMENTE, MUELLER & TOBIA, P.A.
BY: MICHAEL COLLINS, ESQUIRE
218 Ridgedale Avenue
Morristown, New Jersey 07962
Attorneys for Durabla

DELANEY & O'BRIEN
BY: DEAN SEAMAN, ESQUIRE
325 Chestnut Street - Suite 1212
Philadelphia, Pennsylvania 19106
Attorneys for BBC Brown Boveri

DICKIE, McCAMEY & CHILCOTE, P.C.
BY: JAMES PAPA, ESQUIRE
Public Ledger Building - Suite 901
150 South Independence Mall West
Philadelphia, Pennsylvania 19106
Attorneys for John Crane Company

Paragon Court Reporting, LLC

**Page 3**

APPEARANCES (Continued):

FOX ROTHSCHILD, LLP
BY: ERIC E. REED, ESQUIRE
2000 Market Street - 10th Floor
Philadelphia, Pennsylvania 19103
Attorneys for GATX

GERMAN, GALLAGHER & MURTAGH
BY: CHRISTOPHER HILLSLEY, ESQUIRE
The Bellevue - 5th Floor
Philadelphia, Pennsylvania 19102
Attorneys for Crouse-Hinds

GOLDBERG, MILLER & RUBIN, P.C.
BY: JESSICA REENOCK, ESQUIRE
The North American Building
121 South Broad Street - Suite 1500
Philadelphia, Pennsylvania 19107
Attorneys for Eaton Corp.

GOLDFEIN & JOSEPH, P.C.
BY: BERNARD LEVINTHAL, ESQUIRE
1600 Market Street - 33rd Floor
Philadelphia, Pennsylvania 19103-7288
Attorneys for Rockwell

GOLLATZ, GRIFFIN & EWING, PC
BY: MEHVUSH S. CABRALES, ESQUIRE
Four Penn Center - Suite 200
1600 JFK Boulevard
Philadelphia, Pennsylvania 19103
Attorneys for Pullman Co.

HOLLSTEIN, KEATING, CATTELL,
JOHNSON & GOLDSTEIN
BY: E. MICHAEL KEATING, III, ESQUIRE
Eight Penn Center - Suite 2000
1628 JFK Boulevard
Philadelphia, Pennsylvania 19103
Attorneys for General Electric

Paragon Court Reporting, LLC

**Page 4**

APPEARANCES (Continued):

KELLEY, JASONS, McGOWAN,
SPINELLI & HANNA, LLP
BY: LIZA STAGLIANO, ESQUIRE
Centre Square West - Suite 1500
1500 Market Street
Philadelphia, Pennsylvania 19102
Attorneys for Pneumo Abex,
Union Carbide and Square D

LAVIN, O'NEIL, RICCI,
CEDRONE & DiSIPIO
BY: La WANDA DYSON, ESQUIRE
190 North Independence Mall West
6th and Race Streets
Philadelphia, Pennsylvania 19106
Attorneys for General Motors
and GTE

LAVIN, O'NEIL, RICCI,
CEDRONE & DiSIPIO
BY: MATTHEW H. RUGGLES, ESQUIRE
190 North Independence Mall West
6th and Race Streets
Philadelphia, Pennsylvania 19106
Attorneys for 3M

MARON, MARVEL, BRADLEY & ANDERSON P.A.
BY: BENJAMIN RANDALL, ESQUIRE
1700 Market Street - Suite 1500
Philadelphia, Pennsylvania 19103
Attorneys for BELCI

MARON, MARVEL, BRADLEY & ANDERSON P.A.
BY: ERIC KADISH, ESQUIRE
1700 Market Street - Suite 1500
Philadelphia, Pennsylvania 19103
Attorneys for Owens-Illinois

MARGOLIS EDELSTEIN
BY: LISA FLICKSTEIN, ESQUIRE
Independence Square West - 4th Floor
6th and Walnut Streets
Philadelphia, Pennsylvania 19106
Attorneys for B.F. Goodrich,
Melrath Gasket, Sepco and Belden

Paragon Court Reporting, LLC

### Page 129

```
 1              G. M. Corson
 2          Tell us about the exhaust
 3   gaskets.
 4      A.   You'd take the bolts out of the
 5   exhaust stack and lift it up in the air and slide
 6   the gasket out and put the new one in, put the
 7   bolts in and tighten it down.
 8      Q.   Did it have to be scraped?
 9          MS. DYSON: Objection.
10          THE WITNESS: Occasionally.
11   BY MR. PAUL:
12      Q.   What did you have to scrape it out
13   with?
14      A.   A putty knife.
15      Q.   Sir, you mentioned, I believe,
16   compressors this morning.
17      A.   Yes, I did.
18      Q.   Okay. Do you recall the names of the
19   compressors that were used at the railroad?
20          MR. POWELL: Objection.
21          THE WITNESS: There was
22   Ingersoll-Rands and -- and a few others.
23   BY MR. PAUL:
24      Q.   Do you recall the names of any of
25   the other --
```

### Page 130

```
 1              G. M. Corson
 2          I'm sorry. I didn't mean to
 3   cut you off, sir.
 4          Were there any compressors on
 5   the railroad equipment itself?
 6      A.   Yes.
 7      Q.   And who manufactured those, if you
 8   recall?
 9      A.   To my best knowledge, I think it was
10   Gardner (phonetic).
11      Q.   "Gardner."
12          Do you recall the name
13   Westinghouse Air Brake?
14          MR. CAGNOLI: Objection.
15   BY MR. PAUL:
16      Q.   You can answer the question.
17      A.   Yes.
18      Q.   What do you recall about Westinghouse
19   Air Brake, sir?
20      A.   Westinghouse, I believe, supplied
21   most of the air brake parts.
22      Q.   What kinds of air brake parts did
23   Westinghouse supply -- Westinghouse Air Brake
24   supply?
25          I mean, understand, you and
```

### Page 131

```
 1              G. M. Corson
 2   I -- I've not been a railroader. The lawyers
 3   here are not railroaders.
 4          If this is read to a jury, a
 5   jury's not going to know what a railroad part on
 6   a compressor is. You have to tell us.
 7      A.   Brake cylinders, I believe.
 8      Q.   Okay.
 9      A.   I think they manufactured safety
10   valves and --
11          That's about all I can think
12   of right now.
13      Q.   Was there anything else in the
14   Westinghouse Air Brake compressor?
15          MR. CAGNOLI: Object to the
16   form, "compressor."
17          MR. PAUL: He said
18   compressor.
19          MR. CAGNOLI: I don't think
20   he did.
21          THE WITNESS: Not that I'm
22   aware of.
23   BY MR. PAUL:
24      Q.   Was there a gasket in the compressor?
25          MR. CAGNOLI: Objection to
```

### Page 132

```
 1              G. M. Corson
 2   the form.
 3          THE WITNESS: Oh, yes.
 4   BY MR. PAUL:
 5      Q.   Where was the gasket in the
 6   Westinghouse Air Brake compressor?
 7          MR. CAGNOLI: Objection.
 8          THE WITNESS: Under the head.
 9   BY MR. PAUL:
10      Q.   What's a head?
11          I'm sorry.
12          MR. POWELL: Objection.
13   BY MR. PAUL:
14      Q.   I'm asking you to explain things that
15   are so obvious to you.
16      A.   It's a head that holds the valve that
17   lets the compressor build the air.
18      Q.   Did your dad ever remove one of these
19   gaskets from a Westinghouse Air Brake compressor?
20      A.   Yes.
21          MR. CAGNOLI: Objection.
22          MR. POWELL: Objection.
23   BY MR. PAUL:
24      Q.   Can you tell me how many times you
25   know of that he did that, if you can?
```


George Marion Corson
February 6,

## Page 133

```
 1            G. M. Corson
 2     A.   About once.
 3     Q.   Was it something that he did
 4  regularly when he wasn't working with you, if you
 5  know?
 6     A.   No.
 7            MR. CAGNOLI: Objection.
 8  BY MR. PAUL:
 9     Q.   You mentioned the name Union
10  Carbide --
11     A.   Yes.
12     Q.   -- in response to Mr. Cagnoli's
13  questions.
14            MS. STAGLIANO: Objection.
15  BY MR. PAUL:
16     Q.   What do you recall about Union
17  Carbide exactly?
18            MS. STAGLIANO: Objection.
19            Asked and answered.
20  BY MR. PAUL:
21     Q.   What product was it?
22          What did it look like?
23     A.   It was tools.
24     Q.   Well, when you say "tools," tools
25  mean a lot of things.
```

## Page 134

```
 1            G. M. Corson
 2     A.   Tools for turning metal.
 3     Q.   Okay. What did it look like?
 4     A.   It was a little block and it's got an
 5  edge on it and it goes in a lathe.
 6     Q.   Did you ever use any of the welding
 7  rods or gloves similar to what you described with
 8  Airco?
 9            MS. FALCONE: Objection.
10            MS. STAGLIANO: Objection.
11  BY MR. PAUL:
12     Q.   You can answer the question.
13     A.   Yes.
14     Q.   How often did you do that?
15     A.   Occasionally.
16     Q.   You answered questions about specific
17  Airco numbers, AWS numbers.
18          Do you recall the Union
19  Carbide AWS numbers?
20            MS. STAGLIANO: Objection.
21            Leading.
22            THE WITNESS: No, I don't.
23            MR. PAUL: Okay. Just give
24  me a second, Frank.
25            (Pause.)
```

## Page 13[5]

```
 1            G. M. Corson
 2  BY MR. PAUL:
 3     Q.   Sir, do I recall your saying
 4  something about asbestos tape?
 5          Did you talk about that this
 6  morning?
 7     A.   Yes.
 8     Q.   Can you tell us about what the
 9  asbestos tape was used for and on what product?
10     A.   It was used on the locomotives, on
11  the water system, on the pipes for the water.
12     Q.   Sir, I'm going to show you a document
13  which has been previously marked for the purpose
14  of the deposition as Plaintiffs' 3.
15          Would you take a look at
16  that, sir?
17          There are three pages of it.
18  You should take a look at all three pages.
19            MR. PAUL: For the record, I
20  would note that this was an exhibit to the
21  deposition of David Merrion, M-e-r-r-i-o-n, taken
22  in the matter of Audrey Renard, R-e-n-a-r-d, in
23  Dallas, Texas, on December the 16th, 2005.
24  BY MR. PAUL:
25     Q.   Sir, is there anything in those
```

## Page 13[6]

```
 1            G. M. Corson
 2  documents that is familiar to you?
 3     A.   The tape is and the pipes are.
 4     Q.   Tell us about how the tape and the
 5  pipes are familiar to you.
 6     A.   The tape was wrapped around all the
 7  water pipes so that the employees either wouldn't
 8  burn their hands if they accidentally grabbed it
 9  and it would also protect it from the cold.
10     Q.   What product was this for, was this
11  used on?
12     A.   It was used on the EMD locomotives.
13     Q.   "EMD," again, being General Motors?
14     A.   Yes.
15     Q.   Did you and your father have to touch
16  or handle this product?
17     A.   Occasionally we would touch it.
18     Q.   And when you touched it, what would
19  happen, sir?
20            MS. DYSON: Objection.
21  BY MR. PAUL:
22     Q.   What, if anything, would happen?
23     A.   I have no -- I never paid any
24  attention to it, if I touched it.
25     Q.   Did any of it fall apart? Did any of
```


Paragon Court Reporting, LLC

# EXHIBIT "B"

George Marion Corson (video) - vol. 2

February 6, 2008

**Page 56**

IN THE COURT OF COMMON PLEAS
FOR THE COUNTY OF PHILADELPHIA

GEORGE CORSON and FREIDA : JUNE TERM, 2007
E. JUNG CORSON, h/w
      vs.        :
CLARK EQUIPMENT, et al.   NO. 1384

Philadelphia, Pennsylvania
February 6, 2008

Continued videotape deposition of GEORGE MARION CORSON, held at the offices of PARAGON COURT REPORTING, LLC, on the above date at 2:06 p.m., before Frank Frontino, a Registered Professional Reporter and Certified Shorthand Reporter.

Paragon Court Reporting, LLC
34 North Front Street
Philadelphia, Pennsylvania 19106
(215) 922-2150              (609) 268-4880
(800) 661-7049
www.paragoncourtreporting.com

**Page 57**

APPEARANCES:

PAUL, REICH & MYERS, P.C.
BY: ROBERT E. PAUL, ESQUIRE
1608 Walnut Street - Suite 500
Philadelphia, Pennsylvania 19103
Attorneys for Plaintiffs

BAGINSKI, MEZZANOTE, HASSAN & RUBINATE
BY: MARK MacDONALD, ESQUIRE
Public Ledger Building - Suite 500
150 South Independence Mall West
Philadelphia, Pennsylvania 19106
Attorneys for Vellumoid

BILLET & CONNOR
BY: J. FRED LORUSSO, ESQUIRE
2000 Market Street - Suite 2803
Philadelphia, Pennsylvania 19103
Attorneys for Graybar Electric Co., Inc.

BONNER, KIERNAN, TREBACH & CROCIATA
BY: JENNIFER McGARRITY, ESQUIRE
121 South Broad Street - Suite 1000
Philadelphia, Pennsylvania 19107
Attorneys for American Biltrite, Inc. and RFPC

CLEMENTE, MUELLER & TOBIA, P.A.
BY: MICHAEL COLLINS, ESQUIRE
218 Ridgedale Avenue
Morristown, New Jersey 07962
Attorneys for Durabla

DELANEY & O'BRIEN
BY: DEAN SEAMAN, ESQUIRE
325 Chestnue Street - Suite 1212
Philadelphia, Pennsylvania 19106
Attorneys for BBC Brown Boveri

DICKIE, McCAMEY & CHILCOTE, P.C.
BY: JAMES PAPA, ESQUIRE
Public Ledger Building - Suite 901
150 South Independence Mall West
Philadelphia, Pennsylvania 19106
Attorneys for John Crane Company

**Page 58**

APPEARANCES (Continued):

FOX ROTHSCHILD, LLP
BY: ERIC E. REED, ESQUIRE
2000 Market Street - 10th Floor
Philadelphia, Pennsylvania 19103
Attorneys for GATX

GERMAN, GALLAGHER & MURTAGH
BY: CHRISTOPHER HILLSLEY, ESQUIRE
The Bellevue - 5th Floor
Philadelphia, Pennsylvania 19102
Attorneys for Crouse-Hinds

GOLDBERG, MILLER & RUBIN, P.C.
BY: JESSICA REENOCK, ESQUIRE
The North American Building
121 South Broad Street - Suite 1500
Philadelphia, Pennsylvania 19107
Attorneys for Eaton Corp.

GOLDFEIN & JOSEPH, P.C.
BY: BERNARD LEVINTHAL, ESQUIRE
1600 Market Street - 33rd Floor
Philadelphia, Pennsylvania 19103-7288
Attorneys for Rockwell

GOLLATZ, GRIFFIN & EWING, PC
BY: MEHVUSH S. CABRALES, ESQUIRE
Four Penn Center - Suite 200
1600 JFK Boulevard
Philadelphia, Pennsylvania 19103
Attorneys for Pullman Co.

HOLLSTEIN, KEATING, CATTELL, JOHNSON & GOLDSTEIN
BY: E. MICHAEL KEATING, III, ESQUIRE
Eight Penn Center - Suite 2000
1628 JFK Boulevard
Philadelphia, Pennsylvania 19103
Attorneys for General Electric

**Page 59**

APPEARANCES (Continued):

KELLEY, JASONS, McGOWAN, SPINELLI & HANNA, LLP
BY: LIZA STAGLIANO, ESQUIRE
Centre Square West - Suite 1500
1500 Market Street
Philadelphia, Pennsylvania 19102
Attorneys for Pneumo Abex, Union Carbide and Square D

LAVIN, O'NEIL, RICCI, CEDRONE & DiSIPIO
BY: La WANDA DYSON, ESQUIRE
190 North Independence Mall West
6th and Race Streets
Philadelphia, Pennsylvania 19106
Attorneys for General Motors and GTE

LAVIN, O'NEIL, RICCI, CEDRONE & DiSIPIO
BY: MATTHEW H. RUGGLES, ESQUIRE
190 North Independence Mall West
6th and Race Streets
Philadelphia, Pennsylvania 19106
Attorneys for 3M

MARON, MARVEL, BRADLEY & ANDERSON P.A.
BY: BENJAMIN RANDALL, ESQUIRE
1700 Market Street - Suite 1500
Philadelphia, Pennsylvania 19103
Attorneys for BELCI

MARON, MARVEL, BRADLEY & ANDERSON P.A.
BY: ERIC KADISH, ESQUIRE
1700 Market Street - Suite 1500
Philadelphia, Pennsylvania 19103
Attorneys for Owens-Illinois

MARGOLIS EDELSTEIN
BY: LISA FLICKSTEIN, ESQUIRE
Independence Square West - 4th Floor
6th and Walnut Streets
Philadelphia, Pennsylvania 19106
Attorneys for B.F. Goodrich, Melrath Gasket, Sepco and Belden

## Page 92

1  G. M. Corson - DIRECT
2  air compressor?
3  A. Yes.
4  Q. Were the gaskets on the Gardner air
5  compressors?
6  A. Yes.
7  Q. Were there gaskets on any --
8  Do you recall the name
9  Westinghouse Air Brake?
10  MS. FALCONE: Objection.
11  THE WITNESS: Yes. There was
12  gaskets on -- or seals on them.
13  BY MR. PAUL:
14  Q. Is a seal the same as a gasket?
15  A. In function, yes.
16  Q. Tell me about the Westinghouse Air
17  Brake product that you just described.
18  A. It was a cup-and-brake cylinder, a
19  rubber cup and rubber gasket.
20  Q. Did you and your dad have to take the
21  Westinghouse Air Brake compressor apart?
22  MS. FALCONE: Objection.
23  THE WITNESS: No.
24  BY MR. PAUL:
25  Q. Did you have to replace the gasket?

## Page 93

1  G. M. Corson - DIRECT
2  A. Yes. Occasionally.
3  Q. Did the compressor ever come with an
4  assembly?
5  Did you ever use that as a
6  replacement product?
7  A. No.
8  MR. PAUL: Go off the video.
9  THE VIDEO SPECIALIST: We're
10  going off the record.
11  The time is 2:24.
12  (Off the record.)
13  MR. PAUL: Let's go back on.
14  THE VIDEO SPECIALIST: We are
15  on the record.
16  The time is 2:25.
17  BY MR. PAUL:
18  Q. Now, sir, I forgot to ask you a
19  couple of questions about Airco.
20  We had talked about the
21  welding -- welding rods.
22  Did you handle or work with
23  any other product from Airco?
24  MS. FALCONE: Objection.
25  THE WITNESS: Safety

## Page 94

1  G. M. Corson - DIRECT
2  equipment.
3  BY MR. PAUL:
4  Q. What kind of safety equipment was
5  that?
6  A. Gloves.
7  Q. Talking about the gloves, do you know
8  what the gloves were made of?
9  A. No.
10  Q. Okay. How did you handle -- use the
11  Airco gloves?
12  A. We wore them while we were welding or
13  cutting.
14  Q. Did you see any words or printing
15  that said what the welding gloves were made of?
16  MS. FALCONE: Objection.
17  THE WITNESS: No. I didn't
18  pay any attention to them.
19  BY MR. PAUL:
20  Q. Did Milwaukee have General Electric
21  locomotives?
22  A. Yes.
23  Q. Did you yourself ever work on a GE
24  locomotive?
25  A. Yes.

## Page 95

1  G. M. Corson - DIRECT
2  Q. Okay. Where did you work on a GE
3  locomotive?
4  A. In Milwaukee.
5  MR. KEATING: Objection.
6  Off the record.
7  THE VIDEO SPECIALIST: We are
8  going off the record.
9  The time is 2:26.
10  MR. KEATING: I'll raise an
11  objection on relevance, materiality.
12  At this point, that would be
13  it.
14  MR. PAUL: Okay.
15  MR. KEATING: Can I have a
16  continuing objection on those points?
17  MR. PAUL: Yes, you may.
18  MR. KEATING: To the
19  questions regarding GE locomotives?
20  MR. PAUL: Yes. You do not
21  have to state them again.
22  MR. KEATING: Thank you.
23  MR. PAUL: You don't have to
24  object again.
25  THE VIDEO SPECIALIST: We are

# EXHIBIT "C"

IN THE COURT OF COMMON PLEAS
OF PHILADELPHIA COUNTY
CIVIL SECTION: TRIAL DIVISION

GLORIA GAIL KURNS,
Executrix of the Estate
of GEORGE M. CORSON,
deceased and FREIDA E.
JUNG CORSON, widow in
her own right
   Plaintiffs

vs.

A.W. CHESTERTON, INC.,
et al.
   Defendants

- - -

     Oral Deposition of TERRY CORSON was taken pursuant to notice, held at Knipes-Cohen Veritext, 400 Market Street, 11th Floor, Philadelphia, Pennsylvania on Monday, March 3, 2008, beginning at or about 10:10 a.m., before Debra J. Veneziale, Court Reporter-Notary Public, there being present.

- - -

APPEARANCES:

     PAUL, REICH & MYERS, P.C.
     BY: RICHARD MYERS, ESQUIRE
     1608 Walnut Street, Suite 500
     Philadelphia, Pennsylvania 19103
     Phone: (215) 735-9200
     Representing the Plaintiffs

KNIPES COHEN VERITEXT COURT REPORTING
215-928-9300   WWW.KNIPESCOHEN.COM   PHILADELPHIA, PA
a752a759-fbe5-4bc2-9ed6-4f1cf1875c4e

Page 70

1  a piece of emery paper and send it.
2  Q.   As you look back on it, do you believe
3  that the removal of old gasket material from
4  let's say a flange, a pipe flange, created any
5  visible dust?
6  A.   Absolutely.
7  Q.   And would this -- would you and your
8  father do gasket work on a regular basis would
9  you say?
10 A.   The gasket work was more an exception.
11 Again, the air compressors and the power
12 assemblies, that was more, you know, more of
13 an exception. My father was the type that he
14 took a lot of pride in what he did. He didn't
15 want to send a locomotive out of that shop
16 that wasn't running because that meant that a
17 couple cars weren't going because of the
18 trailer and tonnage and everything. So, we
19 did everything within our power to make sure
20 that locomotives ran.
21 Q.   I don't know if I heard you correctly,
22 but did you and your father also install
23 and/or remove car brakes or did you do mostly
24 locomotive brakes?
25 A.   The majority of what we did there was

Page 71

1  locomotive work. The car brakes were by
2  exception, other than again the cabooses and
3  the tank cars that brought fuel in.
4  Q.   You mentioned Gardner Denver as a
5  manufacturer of air compressors. Were these
6  air compressors located on or in the
7  locomotive I take it?
8  A.   They were in on the Number 2 end of the
9  locomotive which is along the end.
10 Q.   And is there a simple explanation as to
11 what these air compressors did, these Gardner
12 Denver air compressors?
13 A.   That's the air that provides the
14 braking for the train.
15 Q.   Okay.
16      And do you associate any gasket
17 components with the maintenance repair and/or
18 installation of the Gardner Denver air
19 compressors? Were there any gaskets used when
20 you would service the air compressors?
21 A.   The gaskets that we used when we -- we
22 never applied an old gasket.
23 Q.   Right.
24 A.   So, if we pulled a head off or a final
25 discharge valve off we always put a new gasket

Page 72

1  on. So, anything that we removed, anything
2  that we interrupted a new piece went on.
3  Q.   And for a specific manufacturer's
4  component, like this Gardner Denver air
5  compressor, would you and your father
6  fabricate the gaskets or would you use a
7  Gardner Denver replacement gasket?
8  A.   All fabrication.
9  Q.   Okay.
10      And I think when Mr. Ryan was
11 asking you some questions he asked you some
12 questions about -- was it brake valves,
13 Westinghouse brake valves?
14 A.   Westinghouse brake valves on freight
15 cars.
16 Q.   As you sit here today, do you associate
17 any asbestos-containing components with the
18 Westinghouse brake valves?
19 A.   On the gaskets to the brake valves they
20 were rubber gaskets. I can only assume that
21 they didn't have any asbestos.
22 Q.   Okay, fair enough.
23      Regarding the EMD -- and I
24 assume these are diesel locomotives?
25 A.   Diesel electric locomotives.

Page 73

1  Q.   Okay.
2      And looking back on it
3  certainly we're talking -- or it was your
4  understanding that these EMD locomotives
5  obviously contained gasket material or
6  gaskets; is that fair?
7  A.   Yes.
8  Q.   And likewise, they would have
9  contained, depending on the particular model
10 of locomotive, up to 24 brake shoes, these
11 locomotives?
12 A.   Yes.
13 Q.   What were the various combinations of
14 total number of brake shoes per a particular
15 locomotive that you can recall?
16 A.   The older style, the switch engine had
17 class brakes. The GP38s that came in they had
18 just a single brake shoe that worked off a
19 slack adjuster that worked between wheels.
20 They were not a class brake. So, there were
21 some differences in the brake arrangement.
22 Q.   And again, depending on the size and
23 configuration of the particular EMD
24 locomotive, to do a total brake change-out you
25 might be talking about eight, 12, 16, 20 or 24