# EXHIBIT C

EXHIBIT E

**Page 1**

```
 1
 2              IN THE COURT OF COMMON PLEAS
                FOR THE COUNTY OF PHILADELPHIA
 3                    - - -
 4   GEORGE CORSON and FREIDA :   JUNE TERM, 2007
 5   E. JUNG CORSON, h/w      :
 6              vs.          :
 7   CLARK EQUIPMENT, et al.  :   NO. 1384
 8
 9             Philadelphia, Pennsylvania
10                February 6, 2008
11                    - - -
12            Deposition of GEORGE MARION
13   CORSON, held at the offices of PARAGON COURT
14   REPORTING, LLC, on the above date at 10:10 a.m.,
15   before Frank Frontino, a Registered Professional
16   Reporter and Certified Shorthand Reporter.
17                    - - -
18
19
20
21
22
23            Paragon Court Reporting, LLC
                 34 North Front Street
24            Philadelphia, Pennsylvania 19106
     (215) 922-2150        (609) 268-4880
25                 (800) 661-7049
                www.paragoncourtreporting.com
```

Paragon Court Reporting, LLC

**Page 2**

```
 1
 2   APPEARANCES:
 3       PAUL, REICH & MYERS, P.C.
         BY:  ROBERT E. PAUL, ESQUIRE
 4       1608 Walnut Street - Suite 500
         Philadelphia, Pennsylvania 19103
 5       Attorneys for Plaintiffs
 6       BAGINSKI, MEZZANOTE,
         HASSAN & RUBINATE
 7       BY:  MARK MacDONALD, ESQUIRE
         Public Ledger Building - Suite 500
 8       150 South Independence Mall West
         Philadelphia, Pennsylvania 19106
 9       Attorneys for Vellumoid
10       BILLET & CONNOR
         BY:  J. FRED LORUSSO, ESQUIRE
11       2000 Market Street - Suite 2803
         Philadelphia, Pennsylvania 19103
12       Attorneys for Graybar Electric Co., Inc.
13       BONNER, KIERNAN, TREBACH & CROCIATA
         BY:  JENNIFER McGARRITY, ESQUIRE
14       121 South Broad Street - Suite 1000
         Philadelphia, Pennsylvania 19107
15       Attorneys for American Biltrite, Inc.
         and RSCC
16       CLEMENTE, MUELLER & TOBIA, P.A.
17       BY:  MICHAEL COLLINS, ESQUIRE
         218 Ridgedale Avenue
18       Morristown, New Jersey 07962
         Attorneys for Durabla
19
         DELANEY & O'BRIEN
20       BY:  DEAN SEAMAN, ESQUIRE
         325 Chestnut Street - Suite 1212
21       Philadelphia, Pennsylvania 19106
         Attorneys for UBC Brown Boveri
22
         DICKIE, McCAMEY & CHILCOTE, P.C.
23       BY:  JAMES PAPA, ESQUIRE
         Public Ledger Building - Suite 901
24       150 South Independence Mall West
         Philadelphia, Pennsylvania 19106
25       Attorneys for John Crane Company
```

Paragon Court Reporting, LLC

**Page 3**

```
 1
 2   APPEARANCES (Continued):
 3       FOX ROTHSCHILD, LLP
 4       BY:  ERIC E. REED, ESQUIRE
         2000 Market Street - 10th Floor
 5       Philadelphia, Pennsylvania 19103
         Attorneys for GATX
 6       GERMAN, GALLAGHER & MURTAGH
 7       BY:  CHRISTOPHER HILLSLEY, ESQUIRE
         The Bellevue - 5th Floor
 8       Philadelphia, Pennsylvania 19102
         Attorneys for Crouse-Hinds
 9       GOLDBERG, MILLER & RUBIN, P.C.
10       BY:  JESSICA REENOCK, ESQUIRE
         The North American Building
11       121 South Broad Street - Suite 1500
         Philadelphia, Pennsylvania 19107
12       Attorneys for Eaton Corp.
13       GOLDFEIN & JOSEPH, PC
         BY:  BERNARD LEVINTHAL, ESQUIRE
14       1600 Market Street - 33rd Floor
         Philadelphia, Pennsylvania 19103-7288
15       Attorneys for Rockwell
16       GOLLATZ, GRIFFEN & EWING, PC
         BY:  MEHVUSH S. CABRALES, ESQUIRE
17       Four Penn Center - Suite 200
         1600 JFK Boulevard
18       Philadelphia, Pennsylvania 19103
         Attorneys for Pullman Co.
19       HOLLSTEIN, KEATING, CATTELL,
         JOHNSON & GOLDSTEIN
20       BY:  E. MICHAEL KEATING, III, ESQUIRE
         Eight Penn Center - Suite 2000
21       1628 JFK Boulevard
         Philadelphia, Pennsylvania 19103
22       Attorneys for General Electric
23
24
25
```

Paragon Court Reporting, LLC

**Page 4**

```
 1
 2   APPEARANCES (Continued):
 3       KELLEY, JASONS, McGOWAN,
         SPINELLI & HANNA, LLP
 4       BY:  LIZA STAGLIANO, ESQUIRE
         Centre Square West - Suite 1500
 5       1500 Market Street
         Philadelphia, Pennsylvania 19102
 6       Attorneys for Pneumo Abex,
         Union Carbide and Square D
 7
         LAVIN, O'NEIL, RICCI,
 8       CEDRONE & DISIPIO
         BY:  LA WANDA DYSON, ESQUIRE
 9       190 North Independence Mall West
         6th and Race Streets
10       Philadelphia, Pennsylvania 19106
         Attorneys for General Motors
11       and GTE
12       LAVIN, O'NEIL, RICCI,
         CEDRONE & DISIPIO
13       BY:  MATTHEW H. RUGGLES, ESQUIRE
         6th and Race Streets
14       Philadelphia, Pennsylvania 19106
         Attorneys for 3M
15
16       MARON, MARVEL, BRADLEY & ANDERSON P.A.
         BY:  BENJAMIN RANDALL, ESQUIRE
17       1700 Market Street - Suite 1500
         Philadelphia, Pennsylvania 19103
18       Attorneys for BELCI
19       MARON, MARVEL, BRADLEY & ANDERSON P.A.
         BY:  ERIC KADISH, ESQUIRE
20       1700 Market Street - Suite 1500
         Philadelphia, Pennsylvania 19103
21       Attorneys for Owens-Illinois
22       MARGOLIS EDELSTEIN
         BY:  LISA FLICKSTEIN, ESQUIRE
23       Independence Square West - 4th Floor
         6th and Walnut Streets
24       Philadelphia, Pennsylvania 19106
         Attorneys for A.P. Goodrich,
25       Melrath Gasket, Sepco and Belden
```

Paragon Court Reporting, LLC

Paragon Court Reporting, LLC

George Marion Corson

February 6, 2008

129

```
1              G. M. Corson
2         Tell us about the exhaust
3    gaskets.
4        A.    You'd take the bolts out of the
5    exhaust stack and lift it up in the air and slide
6    the gasket out and put the new one in, put the
7    bolts in and tighten it down.
8        Q.    Did it have to be scraped?
9              MS. DYSON:  Objection.
10             THE WITNESS:  Occasionally.
11   BY MR. PAUL:
12       Q.    What did you have to scrape it out
13   with?
14       A.    A putty knife.
15       Q.    Sir, you mentioned, I believe,
16   compressors this morning.
17       A.    Yes, I did.
18       Q.    Okay.  Do you recall the names of the
19   compressors that were used at the railroad?
20             MR. POWELL:  Objection.
21             THE WITNESS:  There was
22   Ingersoll-Rands and -- and a few others.
23   BY MR. PAUL:
24       Q.    Do you recall the names of any of
25   the other --
```
Paragon Court Reporting, LLC

130

```
1              G. M. Corson
2         I'm sorry.  I didn't mean to
3    cut you off, sir.
4         Were there any compressors on
5    the railroad equipment itself?
6        A.    Yes.
7        Q.    And who manufactured those, if you
8    recall?
9        A.    To my best knowledge, I think it was
10   Gardner (phonetic).
11       Q.    "Gardner."
12             Do you recall the name
13   Westinghouse Air Brake?
14             MR. CAGNOLI:  Objection.
15   BY MR. PAUL:
16       Q.    You can answer the question.
17       A.    Yes.
18       Q.    What do you recall about Westinghouse
19   Air Brake, sir?
20       A.    Westinghouse, I believe, supplied
21   most of the air brake parts.
22       Q.    What kinds of air brake parts did
23   Westinghouse supply -- Westinghouse Air Brake
24   supply?
25             I mean, understand, you and
```
Paragon Court Reporting, LLC

131

```
1              G. M. Corson
2    I -- I've not been a railroader.  The lawyers
3    here are not railroaders.
4         If this is read to a jury, a
5    jury's not going to know what a railroad part on
6    a compressor is.  You have to tell us.
7        A.    Brake cylinders, I believe.
8        Q.    Okay.
9        A.    I think they manufactured safety
10   valves and --
11             That's about all I can think
12   of right now.
13       Q.    Was there anything else in the
14   Westinghouse Air Brake compressor?
15             MR. CAGNOLI:  Object to the
16   form, "compressor."
17             MR. PAUL:  He said
18   compressor.
19             MR. CAGNOLI:  I don't think
20   he did.
21             THE WITNESS:  Not that I'm
22   aware of.
23   BY MR. PAUL:
24       Q.    Was there a gasket in the compressor?
25             MR. CAGNOLI:  Objection to
```
Paragon Court Reporting, LLC

132

```
1              G. M. Corson
2    the form.
3             THE WITNESS:  Oh, yes.
4    BY MR. PAUL:
5        Q.    Where was the gasket in the
6    Westinghouse Air Brake compressor?
7             MR. CAGNOLI:  Objection.
8             THE WITNESS:  Under the head.
9    BY MR. PAUL:
10       Q.    What's a head?
11             I'm sorry.
12             MR. POWELL:  Objection.
13   BY MR. PAUL:
14       Q.    I'm asking you to explain things that
15   are so obvious to you.
16       A.    It's a head that holds the valve that
17   lets the compressor build the air.
18       Q.    Did your dad ever remove one of these
19   gaskets from a Westinghouse Air Brake compressor?
20       A.    Yes.
21             MR. CAGNOLI:  Objection.
22             MR. POWELL:  Objection.
23   BY MR. PAUL:
24       Q.    Can you tell me how many times you
25   know of that he did that, if you can?
```
Paragon Court Reporting, LLC

Paragon Court Reporting, LLC

Page 70

1  a piece of emery paper and send it.
2  Q.    As you look back on it, do you believe
3  that the removal of old gasket material from
4  let's say a flange, a pipe flange, created any
5  visible dust?
6  A.    Absolutely.
7  Q.    And would this -- would you and your
8  father do gasket work on a regular basis would
9  you say?
10  A.    The gasket work was more an exception.
11  Again, the air compressors and the power
12  assemblies, that was more, you know, more of
13  an exception. My father was the type that he
14  took a lot of pride in what he did. He didn't
15  want to send a locomotive out of that shop
16  that wasn't running because that meant that a
17  couple cars weren't going because of the
18  trailer and tonnage and everything. So, we
19  did everything within our power to make sure
20  that locomotives ran.
21  Q.    I don't know if I heard you correctly,
22  but did you and your father also install
23  and/or remove car brakes or did you do mostly
24  locomotive brakes?
25  A.    The majority of what we did there was

Page 71

1  locomotive work. The car brakes were by
2  exception, other than again the cabooses and
3  the tank cars that brought fuel in.
4  Q.    You mentioned Gardner Denver as a
5  manufacturer of air compressors. Were these
6  air compressors located on or in the
7  locomotive I take it?
8  A.    They were in on the Number 2 end of the
9  locomotive which is along the end.
10  Q.    And is there a simple explanation as to
11  what these air compressors did, these Gardner
12  Denver air compressors?
13  A.    That's the air that provides the
14  braking for the train.
15  Q.    Okay.
16         And do you associate any gasket
17  components with the maintenance repair and/or
18  installation of the Gardner Denver air
19  compressors? Were there any gaskets used when
20  you would service the air compressors?
21  A.    The gaskets that we used when we -- we
22  never applied an old gasket.
23  Q.    Right.
24  A.    So, if we pulled a head off or a final
25  discharge valve off we always put a new gasket

Page 72

1  on. So, anything that we removed, anything
2  that we interrupted a new piece went on.
3  Q.    And for a specific manufacturer's
4  component, like this Gardner Denver air
5  compressor, would you and your father
6  fabricate the gaskets or would you use a
7  Gardner Denver replacement gasket?
8  A.    All fabrication.
9  Q.    Okay.
10         And I think when Mr. Ryan was
11  asking you some questions he asked you some
12  questions about -- was it brake valves,
13  Westinghouse brake valves?
14  A.    Westinghouse brake valves on freight
15  cars.
16  Q.    As you sit here today, do you associate
17  any asbestos-containing components with the
18  Westinghouse brake valves?
19  A.    On the gaskets to the brake valves they
20  were rubber gaskets. I can only assume that
21  they didn't have any asbestos.
22  Q.    Okay, fair enough.
23         Regarding the EMD -- and I
24  assume these are diesel locomotives?
25  A.    Diesel electric locomotives.

Page 73

1  Q.    Okay.
2         And looking back on it
3  certainly we're talking -- or it was your
4  understanding that these EMD locomotives
5  obviously contained gasket material or
6  gaskets; is that fair?
7  A.    Yes.
8  Q.    And likewise, they would have
9  contained, depending on the particular model
10  of locomotive, up to 24 brake shoes, these
11  locomotives?
12  A.    Yes.
13  Q.    What were the various combinations of
14  total number of brake shoes per a particular
15  locomotive that you can recall?
16  A.    The older style, the switch engine had
17  class brakes. The GP38s that came in they had
18  just a single brake shoe that worked off a
19  slack adjuster that worked between wheels.
20  They were not a class brake. So, there were
21  some differences in the brake arrangement.
22  Q.    And again, depending on the size and
23  configuration of the particular EMD
24  locomotive, to do a total brake change-out you
25  might be talking about eight, 12, 16, 20 or 24

19 (Pages 70 to 73)

TERRY CORSON

Page 42

1    locomotives and the caboose?
2    A.    I believe the boxcar shoes and the
3    locomotive shoes, the composition shoes were
4    Cobra.
5    Q.    Okay.
6         Do you remember the name of any
7    other company that made any of the other
8    brakes shoes that were used on any of the
9    trains that you and your father worked on?
10         DEFENSE COUNSEL:  Objection;
11   asked and answered.
12   BY MR. RYAN:
13   Q.    Other than these?
14   A.    No.
15   Q.    You mentioned a grinding shoe?
16   A.    Yes.
17   Q.    Do you know who made the grinding shoe?
18   A.    No.
19   Q.    Okay.
20         And you're not sure who made
21   the cast iron as I understand it?
22   A.    No.
23   Q.    We talked briefly about the insulation
24   on the pipes.  I mean, do you remember
25   anything about who made any of that?

Page 43

1    A.    No.
2    Q.    The wrapping or anything like that?
3    A.    I don't ever remember seeing any name.
4    Q.    Okay.
5         Did you personally do anything
6    to try to find out who made it?
7    A.    No.
8    Q.    Do you have any knowledge as to whether
9    or not there had been any claims filed on
10   behalf of your father against any companies
11   that made asbestos products that are currently
12   in bankruptcy?
13   A.    I don't have any knowledge of that, no.
14   Q.    I mean, who is involved in that?  Which
15   member of your family is involved in sort of
16   the processing of claims on behalf of your
17   father's estate?
18   A.    My sister.
19   Q.    Your sister, okay.
20         So, in other words, if a
21   bankruptcy claim was filed, your sister would
22   more likely know about it than you do?
23   A.    Correct.
24   Q.    Okay.
25         You also mentioned gaskets?

Page 44

1    A.    Yes.
2    Q.    What were gaskets used for during the
3    time you worked with your father?
4    A.    When we changed power assemblies in the
5    locomotives there were gaskets on the power
6    assemblies.  And when we changed or inspected
7    the final discharge valve on the air
8    compressor or we did anything to an air
9    compressor head there were gaskets.
10   Q.    Okay.
11         Do you know who made the power
12   assemblies?
13   A.    They were — they were for EMD
14   locomotives.  I can only say that they were
15   EMD.  I don't know if they were aftermarket.
16   Q.    You mentioned air compressors.  Do you
17   know who made any of the air compressors?
18   A.    Gardner Denver.
19   Q.    Anyone else?
20   A.    Not to my knowledge.
21   Q.    And you mentioned valves.  Do you know
22   who made any of the valves?
23   A.    The brake valves when I said valves?
24   Q.    Yes.
25   A.    The brake car valves were mostly

Page 45

1    Westinghouse on the freight equipment.
2    Q.    Can you give me some idea of the number
3    of times that you would have to do a removal
4    or replacement of a gasket?  I mean, was that
5    an additional thing?  Was that a routine
6    thing?  I mean, can you give me some idea?
7    A.    My best guess is that in my 10 years
8    working with my dad we probably changed 50
9    power assemblies, probably 10 a year,
10   somewhere in that category.
11   Q.    Okay.
12   A.    And as far as the air compressors, the
13   work on the air compressors, that was more of
14   a failure mode and that was more of a
15   wintertime problem where usually what would
16   happen the locomotive would shut down in
17   route.  By the time it got to us it would
18   start to freeze and the air compressor seemed
19   to be the part that took the most damage.  So,
20   that would be the inspection of the heads and
21   everything just to make sure we didn't have
22   anything cracked.
23   Q.    Okay.
24   A.    We did a couple of those a year.
25   Q.    So, over the three or four years that

12   (Pages 42 to 45)

EXHIBIT G

STATE OF INDIANA     )             IN THE LAKE SUPERIOR COURT
                         )
COUNTY OF LAKE       )             ROOM NUMBER ONE

IN RE:  Lake County Asbestos Litigation   ORIGINAL

WILLIAM M. PARKS and      )
WILMA PARKS, h/w          )
                         )      NO. 45D01-9902-CT-154
     vs.                   )
                         )
A.P. GREEN SERVICES, INC., et al   )

## DEFENDANT AMERICAN STANDARD INC.'S RESPONSES TO MASTER INTERROGATORIES AND REQUESTS FOR PRODUCTION TO ALL DEFENDANTS

Pursuant to the Indiana Rules of Civil Procedure, Defendant American Standard Inc. ("ASI" or "this Defendant") provides the following Responses to Master Interrogatories and Requests for Production to All Defendants.

### PRELIMINARY STATEMENT AND GENERAL OBJECTIONS

This Defendant's Response to each of these Interrogatories and Requests for Production incorporates this Preliminary Statement and these General Objections.

The information used in responding to these Interrogatories and Requests for Production was assembled by authorized employees and counsel for this Defendant and was derived primarily from ongoing discussions with this Defendant's past and present employees. Because much of the information is of, or relates to, events of many years ago, it is difficult, if not

chrysotile asbestos was added to the wear stock of COBRA® composition shoes. The COBRA® composition brake shoes that contained asbestos contained chrysotile fibers totally encapsulated in a resin and synthetic bond.

From 1927 through 1964, WABCO manufactured and sold steam driven air compressors for railroad steam locomotives. Within these compressors were certain high temperature gaskets that contained chrysotile asbestos. WABCO did not manufacture the gaskets but bought them in completed form. Such gaskets contained 1/32" asbestos completely encased between layers of copper sheeting. Those gaskets were called "Cobestos" and made by Metallo Gasket Company.

From 1944 through 1985, WABCO sold diesel driven air compressors for use in diesel electric railroad locomotives. Those compressors contained certain high temperature gaskets that contained small amounts of encapsulated, chrysotile asbestos fiber. The high temperature gaskets were not manufactured by WABCO, but were purchased in completed form without change. Such gaskets were manufactured by Armstrong or Garlock.

From late 1969 or early 1970 until 1976, WABCO occasionally supplied Budd style disc brakes which contained brake linings with an unknown, but encapsulated, chrysotile fiber content. Such brakes were applied strictly to some mass transit commuter vehicles and to AMTRAK intercity vehicles. The brake linings were not manufactured by WABCO, but were purchased in completed form without material alteration. From 1970-74, the linings were manufactured by Raybestos-Manhattan. From 1974-76, the linings were manufactured by Johns-Manville Corporation. The trade name of Budd disc brake was initially used for the disc brakes

EXHIBIT H

0001

1               IN THE CIRCUIT COURT FOR THE
             COUNTY OF SPOTSYLVANIA, VIRGINIA
2
     JANET GALLANT PITTS,         :   CIVIL ACTION
3    Executrix of the Estate of  :
     WILLIAM E. PITTS            :
4                                 :
         vs.                      :
5                                 :
     BORG-WARNER CORPORATION,     :
6    et al.                       :   177CL01-282
7
8           Philadelphia, Pennsylvania
9              July 11, 2006
10
11              Pretrial examination of
12   HORACE M. DELISSER, M.D., taken on behalf
13   of the Plaintiff at the Sheraton
14   University City Hotel, 36th and Chestnut
15   Streets, Philadelphia, Pennsylvania, on
16   the above date, commencing at 5:05 p.m.,
17   before Linda A. Ricciardi, Certified Court
18   Reporter.
19
20
21
22
23
24
25

002
```
 1     APPEARANCES:
 2           WATERS & KRAUS, LLP
             BY:  MARY KEYES, ESQUIRE
 3           3219 McKinney Avenue Suite 3000
             Dallas, Texas  75204
 4           (Via telephone)
 5           Counsel for Plaintiff
 6           TAYLOR & WALKER, P.C.
             BY:  BENJAMIN T. OWINGS, ESQUIRE
 7           6802 Paragon Place, Suite 126
             Richmond, Virginia  23230
 8           410-312-5599
             (Via telephone)
 9
             Counsel for Defendant
10           Borg-Warner Corporation
11           RASMUSSEN, WILLIS, DICKEY & MOORE
             BY:  CLAYTON E. DICKEY, ESQUIRE
12           9200 Ward Parkway, Suite 310
             Kansas City, Missouri  64114
13           816-960-1611
14           Counsel for Defendants
             Genuine Parts Company and National
15           Automotive Parts Association
16           COSMICH & SIMMONS, PLLC
             BY:  JOHN D. COSMICH, ESQUIRE
17           733 North State Street
             Post Office Box 22626
18           Jackson, Mississippi  39202
             601-863-2100
19
             Counsel for Defendant
20           Owens-Illinois, Inc.
21           WILLIAMS MULLEN
             BY:  LYNN K. BRUGH, IV, ESQUIRE
22           P.O. Box 1320
             Richmond, Virginia  23218-1320
23           804-783-6461
24           Counsel for Defendant
             Honeywell International, Inc.
25
```

020
1    Q.    Dr. DeLisser, my name as you heard
2    is John Cosmich, I represent
3    Owens-Illinois.  Do you know anything
4    about Owens-Illinois at all?
5    A.    Not much.  I know there is a
6    connection with the companies in the past
7    that may have made insulation products
8    that I think you are connected with now,
9    but I couldn't give you the lineage.
10   Q.    Fair enough.  Now, I apologize, I
11   have not been provided with any of your
12   previous depositions, okay, and I don't
13   want to keep us here all night by any
14   stretch, but I do want to get into a
15   little bit of background first, if that is
16   okay.  And just to start that, where did
17   you go to medical school?
18   A.    University of Pennsylvania.
19   Q.    If you would just briefly outline,
20   rather than me asking all the questions,
21   you know where I am going so why don't you
22   tell me about your educational background
23   and your training, et cetera?
24   A.    Sure.  I went to Temple under

022
1   teach?
2   A.     Yes.
3   Q.     Would you agree with me that
4   exposure to chrysotile asbestos can cause
5   asbestosis?
6   A.     What I would say is we have to be
7   specific about the conditions of the
8   exposure, the amount of exposure, the
9   duration of exposure, and given all of
10  those things there is a potential for
11  chrysotile to cause or contribute to the
12  development of lung disease, but, again,
13  as I said, you have to speak in terms of
14  dose, duration, intensity, occupation.
15  Q.     We will get into each of those
16  shortly, but would you agree with me that
17  exposure to chrysotile asbestos can cause
18  mesothelioma?
19  A.     Again, I don't want to sound like a
20  broken record, but I think the statement
21  has to be qualified by the other things I
22  mentioned, dose, duration, intensity and
23  nature of occupation.
24  Q.     So at certain doses, at certain

023
1  durations and with respect to certain
2  occupations you agree that chrysotile can
3  cause mesothelioma?
4  A.    It could.
5  Q.    And I have to ask those, I don't
6  know where you stand on this, okay.  At
7  what dose level does chrysotile asbestos
8  cause mesothelioma?
9  A.    The precise, the exact threshold is
10  still a subject of debate and contention.
11  So I can't give you a precise number, but
12  certainly you are looking at exposures
13  that are anywhere from 10 to 15 to 20
14  fibrous CCs of exposure and above, at a
15  minimum, at a minimum.
16  Q.    What literature or articles do you
17  base that opinion on, that being it would
18  be a minimum of 10 to 15 to 25 fibrous per
19  CC of chrysotile to cause mesothelioma?
20  A.    I think there are a number of texts
21  that have reviewed this, I would cite
22  Churdsworth in his text, I would also cite
23  some of Rodley's work.
24  Q.    Are you aware of any literature that

051
```
 1    amphiboles as well, and to just find
 2    chrysotile alone is highly unlikely, again
 3    at significant levels.
 4    Q.    Would you agree with me that it is
 5    generally felt that mesothelioma arises
 6    from a single cell?
 7              MR. DICKEY:  Object to the form
 8         of the question.
 9              THE WITNESS:  I guess I am
10         pausing a little bit because, you
11         know, cancer may begin with a single
12         cell, but usually it requires
13         multiple processes that are in play.
14    BY MR. COSMICH:
15    Q.    Would you agree with me that it is
16    generally felt that there must be multiple
17    changes to a particular cell before it
18    will become bad and become a cancer?
19    A.    Right, there are multiple steps in
20    the process of becoming a malignant cell.
21    Q.    And that is true for mesothelioma as
22    well?
23    A.    Yes.
24    Q.    As best we know?
```

052
1   A.     Yes.
2   Q.     And, of course, we don't know from
3   which fiber, from which year that actually
4   caused a particular cell to go bad,
5   correct?
6   A.     Are you talking about a single fiber
7   with a single cell?
8   Q.     Yeah.
9   A.     There is no way of knowing.
10  Q.     We don't know which of those changes
11  that occur to make a cancer or a
12  mesothelioma arise or begin that are
13  caused by asbestos, do we?
14  A.     Say that again.
15  Q.     We don't know which of the changes
16  that occur to a cell to make it a cancer
17  or that are actually caused by asbestos,
18  do we?
19  A.     Are you asking are there co factors?
20  Q.     Right.
21  A.     There may be co factors besides
22  asbestos fibers.
23  Q.     But we also don't know which of the
24  specific changes are caused by asbestos?

053
1    A.     You are talking about molecular
2    changes?
3    Q.     Right.
4    A.     I still think the state of knowledge
5    is such that we are still trying to
6    understand exactly how asbestos fibers
7    induces cancer.
8    Q.     We don't know whether or not those
9    changes at the cellular or molecular level
10   are any different with respect to an
11   amphibole fiber or a chrysotile fiber, do
12   we?
13              MR. DICKEY:   Object to the form
14         of the question.
15              THE WITNESS:   I think what is
16         clear is that chrysotile is less
17         carcinogenic, significantly less
18         carcinogenic, it may even not be, I
19         think the data suggests certainly
20         less carcinogenic and may not be,
21         and so the mechanisms that
22         chrysotile may induce cancer may
23         well be different from say an
24         amphibole.

054
1          I mentioned also the issue of
2     persistence, I think that has to be
3     kept in mind that the lung is much
4     more likely to be exposed for a
5     longer duration to an amphibole
6     fiber than a chrysotile fiber.
7          So persistence, and I think
8     also the fibers are different and
9     certainly likely to induce different
10    mechanisms, and, again, we have data
11    that fully indicates that a person
12    exposed to chrysotile is much less
13    likely to come down with a
14    malignancy.
15  BY MR. COSMICH:
16  Q.     You are not espousing the opinion
17  today that chrysotile is not carcinogenic?
18  A.     Right, I am not saying that.  What I
19  am saying is the risk is less, and it is
20  significantly less than compared to
21  amphiboles.
22  Q.     You don't doubt that Mr. Pitts in
23  the course of his employment was exposed
24  to chrysotile from other products, are

055
1   you, in the insulation product, et cetera
2   that he was exposed to?
3   A.   Say it again.
4   Q.   You don't doubt that Mr. Pitts was
5   exposed to chrysotile from other products,
6   not friction products but other products
7   in the course of his work?
8   A.   I can't recall all the specifics
9   that he could have been exposed to, but
10   certainly there was asbestos in a lot of
11   different products so there is the
12   potential for him to be exposed to
13   different things other than just the
14   friction products.
15   Q.   To adequately determine his total
16   dose of chrysotile and thus his potential
17   risk from chrysotile exposure you need to
18   consider all the sources of his chrysotile
19   exposure, wouldn't you?
20           MR. BICKEY:   Object to the form
21       of the question.
22           THE WITNESS:   I guess what I
23       would say is it would be important
24       to understand what all his exposures

056
1           were.
2    BY MR. COSMICH:
3    Q.     All of his chrysotile exposures
4    would be important to assessing his total
5    effect?
6           MR. DICKEY:   Object to the form
7           of the question.
8           THE WITNESS:   I guess what I
9           would say is that is important
10          information to have, but, again, it
11          would come back to a specific
12          exposure, and if we are focusing on
13          the exposure associated with being a
14          mechanic, the exposure associated
15          with friction products like brakes
16          we have literature that says that
17          specific exposure, that specific
18          exposure is not associated with
19          development of mesothelioma, lung
20          cancer or asbestosis.
21   BY MR. COSMICH:
22   Q.     Well, does it say it is not if it is
23   combined with other chrysotile exposure,
24   does it?